Form ntcconf (01/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

    John David Stokes and Patricia Marie Stokes

    Debtor(s).

Case Number: 21−40088−BDL
Chapter: 13

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **April 1, 2021** by U.S. Bankruptcy Court Judge **Brian D Lynch**.

Dated: April 1, 2021

                                                                  Mark L. Hatcher
                                                                 Clerk, U.S. Bankruptcy Court